## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Farnam Street Financial, Inc., a Minnesota corporation, | ) ) ) | Civil Action No. 26-cv-02611-NEB-ECW |
| Plaintiff, | ) ) ) | **PLAINTIFF'S RULE 41(a)(1)(A)(i)** |
| v. | ) ) | **NOTICE OF DISMISSAL** **WITHOUT PREJUDICE** |
| Pallidus, Inc., a Delaware corporation, | ) ) | |
| Defendant | ) ) | |

Plaintiff Farnam Street Financial, Inc., through its undersigned counsel, hereby voluntarily dismisses, without prejudice, all claims asserted in the Complaint against Defendant Pallidus, Inc. As Defendant Pallidus, Inc. has neither served an answer nor a motion for summary judgment, dismissal via notice is proper under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 10, 2026

**SPENCER FANE LLP**

By: *s/ Phillip J. Ashfield*
Phillip J. Ashfield (#0388990)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 268-7000
pashfield@spencerfane.com

***Counsel for Farnam Street Financial, Inc.***